1
2
3
4
5
6
7

JS 6

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   GEO PLASTICS and MICHAEL      )      Case No.:  CV 08-8079 DSF (FFMx)
     MORRIS,                        )
12                                  )
                 PlaintiffS,        )
13          vs.                     )
                                    )      JUDGMENT
14   BEACON PARTNERS, LLP,          )
     SOUTHCROSS, LLC, and DOES 1-   )
15   50 INCLUSIVE,                  )
                                    )
16          Defendants.            )
     _____ )

17

18          On April 1, 2009, the Court granted Defendants' Motion to Dismiss.

19          IT IS ORDERED AND ADJUDGED that this action is dismissed without

20   prejudice.

21
                                 _____
22   Dated: 4/3/09                         Dale S. Fischer
                                     United States District Judge
23
24
25
26
27
28